**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| MITCHELL McPHERSON,<br><br>*Plaintiff*,<br><br>*v.*<br><br>McDONALD'S USA, LLC, and McDONALD's CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:23-cv-02913<br><br>Hon. Steven C. Seeger, District Judge<br><br>JURY TRIAL DEMANDED |

**JOINT STATUS REPORT**

Pursuant to the Court's order on June 29, 2026, *see* Dkt. 52, the parties hereby submit the following joint status report:

1. The parties exchanged Rule 26(a)(1) initial disclosures on July 6, 2026.

2. As this Court is aware, this action is related to two other pending matters on this Court's docket. *See King v.* McDonald's, 1:20-cv-05132 (N.D. Ill.); *Manning v. McDonald's*, 1:23-cv-0010 (N.D. Ill.) The parties have considered the Court's desire for the parties in this case to "coordinate and consolidate discovery (to the extent possible) with the *King* and *Manning* matters, to avoid unnecessary burdens and delays". Dkt. 52.

3. This Court recently ruled on Defendants' motions to dismiss in those matters. *See King*, Dkt. 143; *Manning*, Dkt. 74. The plaintiffs in *Manning*, represented by the same counsel as Plaintiff in this action, have since moved to amend the complaint in order to dismiss with prejudice their surviving claims in order to seek immediate appellate review of the dismissed claims. *See Manning*, Dkt. 145 (N.D. Ill. Oct. 8, 2026).

4. In Defendants' view, the plaintiffs in *King*, represented by different counsel, are

expected to pursue similar procedural mechanisms to obtain appellate review but no motion has yet been filed.

5. Given the Court's ruling and the fact that discovery will not be proceeding in the *Manning* action, Plaintiff in this action served requests for production on October 14, 2026. Plaintiff intends to conduct full discovery in this case to support his allegations that have survived the motion to dismiss.

6. In Defendants' view, Plaintiff's requests seek twenty-five years of documents and communications related to this lawsuit and any lawsuit brought by a Black franchisee alleging racial discrimination. In light of the *Manning* plaintiffs' request to forfeit their current claims in favor of appellate review, Defendants intend to seek appropriate relief from the Court regarding the discovery propounded by Plaintiff in this action. Defendants anticipate that Plaintiff will oppose this relief.

7. The parties jointly propose that they will submit a joint status report on December 14, 2026, updating the Court on the status of discovery.

Dated: October 15, 2026

Respectfully submitted:

Mitchell McPherson
By: /s/ Quinn Rallins

Jon Loevy
Dan Twetten
Steve Art
Quinn Rallins
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900

By: /s/ Amy C. Andrews
Patricia Brown Holmes
Amy C. Andrews
Mary A. Laird
Nathan A. Shine
Kaleigh A. Barrett
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn, Suite 2200
Chicago, Illinois 60603
(312) 471-8700
pholmes@rshc-law.com
aandrews@rshc-law.com
mlaird@rshc-law.com

nshine@rshc-law.com
kbarrett@rshc-law.com

Ariel Schepers Wilson
RILEY SAFER HOLMES & CANCILA LLP
2723 S. State Street, Suite 150
Ann Arbor, Michigan 48104
(734) 773-4900
awilson@rshc-law.com

*Counsel for McDonald's USA, LLC and McDonald's Corporation*