IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALTON WILLIAMS, BRANDON HERNDON, MARKUS TOLSON, JEFFREY FLOWERS, BROOKE CLUSE, VVONAKA RICHARDSON, and VERA DIXON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., STATE FARM LIFE INSURANCE CO., STATE FARM FIRE AND CASUALTY CO., STATE FARM GENERAL INSURANCE CO., and STATE FARM BANK, F.S.B., <br><br> Defendants. | Hon. Judge Franklin U. Valderrama <br><br> Magistrate Judge Sunil R. Harjani <br><br> Case No. 20-cv-1121 |

**AGREED MOTION TO EXTEND**
**MOTION TO STRIKE CLASS ALLEGATIONS BRIEFING SCHEDULE**

Plaintiffs, by and through their attorneys, respectfully submit this agreed motion to extend the briefing schedule on Defendants' Motion to Strike Class Allegations (Dkt. 70) by thirty (30) days, and state the following in support:

1. On September 8, 2022, Defendants filed a motion to strike class allegations. (Dkt. 70.) The Court entered a briefing schedule ordering Plaintiffs to respond by September 29, 2022 and Defendants to reply by October 13, 2022. (Dkt. 73.)

2. On September 27, 2022, Plaintiffs filed an unopposed motion for a 21-day extension, which the Court granted. (Dkt. 84.)

3. Due to a personal emergency that has arisen for Plaintiffs' counsel, Plaintiffs require additional time to fully respond to Defendants' motion. The parties' counsel have conferred and agree with the relief sought in this motion. This extension will not prejudice the Court or any party, and no other deadlines have yet been set by the Court.

WHEREFORE, Plaintiffs respectfully request that the Court extend the current briefing schedule by 30 days so that Plaintiffs will file their response to Defendants' motion to strike class allegations by November 17, 2022 and Defendants will file their reply by December 1, 2022.

Dated: October 17, 2022                   Respectfully submitted,

                                          /s/ Suzanne E. Bish

Linda D. Friedman
Suzanne E. Bish
George S. Robot
STOWELL & FRIEDMAN, LTD
303 W. Madison St., Suite 2600
Chicago, Illinois 60606
(312) 431-0888
lfriedman@sfltd.com
sbish@sfltd.com
grobot@sfltd.com

Benjamin L. Crump (pro hac vice)
BEN CRUMP LAW, PLLC
122 S. Calhoun St.
Tallahassee, FL 32301
(800) 713-1222
court@bencrump.com

Nabeha Shaer (pro hac vice)
BEN CRUMP LAW, PLLC
633 Pennsylvania Ave NW, Fl. 2
Washington, DC 20004
(800) 958-1444
nabeha@bencrump.com

Justin L. Leinenweber

LEINENWEBER BARONI & DAFFADA, LLC
120 N. LaSalle Street, Suite 2000
Chicago, Illinois 60602
(312) 380-6635
justin@ilesq.com