## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Alton Williams, et al.

                        Plaintiff,

v.                                                          Case No.: 1:20–cv–01121
                                                                    Honorable Lindsay C. Jenkins

State Farm Mutual Automobile Insurance Co., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 9, 2024:

      MINUTE entry before the Honorable M. David Weisman: The parties' joint motion to adjust the briefing schedule regarding the class certification discovery and ESI issues [226] is granted. Plaintiffs submitted their portion of the RFP Filing and ESI Filing to State Farm on 6/10/24; State Farm shall enter its portions and provide the revised RFP Filing and ESI Filing to Plaintiffs by the close of business on 7/15/24; Plaintiffs shall provide State Farm with any revisions to the RFP Filing and ESI Filing in response to State Farm's position on 7/30/24, at the latest. Plaintiffs shall reach out to State Farm during this time to discuss ways the parties can narrow the issues or make compromises. The parties shall submit the joint Filings by 5:00 p.m. on 8/2/24. Status hearing set for 7/24/24 is stricken and reset to 8/14/24 at 9:00 a.m. In person appearance is suggested/preferred but parties may dial in using the Court's conference call–in number. The conference call–in number is 1–855–244–8681 and the access code is 2316 422 1828##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.