**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ALTON WILLIAMS, BRANDON HERNDON, MARKUS TOLSON, JEFFREY FLOWERS, BROOKE CLUSE, VVONAKA RICHARDSON, and VERA DIXON, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., STATE FARM LIFE INSURANCE CO., STATE FARM FIRE AND CASUALTY CO., STATE FARM GENERAL INSURANCE CO., and STATE FARM BANK, F.S.B.,

Defendants.

Case No. 20-cv-01121

Honorable Lindsay C. Jenkins

Honorable M. David Weisman

**JOINT STATUS REPORT**

Pursuant to the Court's October 24 and 30, 2024 Orders (Dkts. 252 and 253), the parties submit this Joint Status Report regarding the Rule 30(b)(6) deposition ordered by the Court.

1. At the hearing on October 18, 2024, the Court ordered Plaintiffs to take a Rule 30(b)(6) deposition of a State Farm corporate representative to be "used to inform discovery requests and ESI search terms and custodians," among other things (Dkt. 252.). The Court ordered the Plaintiffs to draft a Rule 30(b)(6) notice and send it to State Farm by October 25, 2024. (*Id.*)

2. Pursuant to this Order, on October 25, 2024, Plaintiffs sent State Farm a Rule 30(b)(6) notice (Exhibit A).

3. On October 31, 2024, State Farm sent a proposal in response to Plaintiffs' Rule 30(b)(6) deposition notice. (Exhibit B.)

4. On November 4, 2024, the parties met and conferred on Plaintiffs' Rule 30(b)(6) notice and State Farm's October 31, 2024 Proposal. Thereafter, State Farm emailed Plaintiff a draft of its formal objections and responses to Plaintiffs' Rule 30(b)(6) notice (Exhibit C), noting that it would formalize those objections and responses after the Parties completed the meet and confer process regarding State Farm's October 31, 2024 Proposal.

5. The parties continue to confer, and Plaintiffs intend to revise their proposed deposition notice shortly.

6. Plaintiffs propose December 5, 2024, as the date to conduct the Rule 30(b)(6) deposition. State Farm is currently working to identify the appropriate witness(es) to testify regarding the topics in the Rule 30(b)(6) notice (as outlined in its October 31, 2024 proposal), and to identify mutually convenient deposition date(s) and location(s) for those witness(es).

7. The parties expect to continue to meet and confer regarding the October 25, 2024 Rule 30(b)(6) deposition notice.

Dated: November 6, 2024

Respectfully submitted,

**STOWELL & FRIEDMAN, LTD.**

By: */s/ Suzanne E. Bish*

Linda D. Friedman
Suzanne E. Bish
George S. Robot
Lindsay Hagy
STOWELL & FRIEDMAN, LTD.
303 W. Madison St., Suite 2600
Chicago, IL 60606
(312) 431-0888

By: */s/ Amy C. Andrews* __________

Patricia Brown Holmes
Joseph A. Cancila, Jr.
Amy C. Andrews
Joseph Anthony Steadman
RILEY SAFER HOLMES & CANCILA LLP
1 S. Dearborn St., Suite 2200
Chicago, IL 60603
(312) 471-8700

sbish@sfltd.com

Benjamin L. Crump (pro hac vice)
Nabeha Shaer (pro hac vice)
Sue-Ann Nicole Robinson (pro hac vice)
BEN CRUMP LAW, PLLC
122 S. Calhoun St.
Tallahassee, FL 32301
(800) 713-1222
court@bencrump.com

Justin L. Leinenweber
JUSTIN L. LEINENWEBER, PC
120 N. LaSalle Street, Suite 2000
Chicago, IL 60602
(312) 857-3405
justin@ilesq.com

*Attorneys for Plaintiffs and the Putative Class*

aandrews@rshc-law.com

Michael A. Warner, Jr.
FRANCZEK P.C.
300 South Wacker Drive
Suite 3400
Chicago, IL 60606
(312) 786-6118
maw@franczek.com

*Attorneys for Defendants*