# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALTON WILLIAMS, BRANDON HERNDON, MARKUS TOLSON, JEFFREY FLOWERS, BROOKE CLUSE, VVONAKA RICHARDSON, VERA DIXON, and STANLEY CHAVIS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., STATE FARM LIFE INSURANCE CO., STATE FARM FIRE AND CASUALTY CO., STATE FARM GENERAL INSURANCE CO., and STATE FARM BANK, F.S.B.,<br><br>Defendants. | Case No. 1:20-cv-01121<br><br>Honorable Lindsay C. Jenkins<br><br>Honorable M. David Weisman |

## DEFENDANTS' *AGREED* MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT

Defendants State Farm Mutual Automobile Insurance Company, State Farm Life Insurance Company, State Farm Fire and Casualty Company, State Farm General Insurance Company, and State Farm Bank, F.S.B. (collectively, "State Farm"), by and through their attorneys, hereby move pursuant to Federal Rule of Civil Procedure 6(b) to extend the current deadline for State Farm to respond to Plaintiffs' Third Amended Complaint to January 6, 2025. In support thereof, State Farm states as follows:

1. Plaintiffs filed this action on February 14, 2020, and Defendants filed their motion to dismiss on July 6, 2020. Dkt. 23.

2. On September 18, 2020, Plaintiffs filed their First Amended Complaint (Dkt. 31), which State Farm moved to dismiss on November 9, 2020. Dkt. 38.

3. On July 1, 2022, the Court denied State Farm's motion to dismiss (Dkt. 57), and State Farm answered the First Amended Complaint on August 22, 2022. Dkt. 68.

4. On October 4, 2022, Plaintiffs filed their Motion for Leave to File Second Amended Complaint *Instanter* (Dkt. 88), which the Court granted on December 14, 2022. (Dkt. 106). On January 6, 2023, State Farm moved pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) to partially dismiss Plaintiffs' Second Amended Complaint (Dkt. 112) and answered the remaining portions thereof (Dkt. 114).

5. On September 6, 2023, the Court granted in part and denied in part State Farm's motion to dismiss. (Dkt. 131). State Farm filed its amended answer to the Second Amended Complaint on September 20, 2023. Dkt. 134.

6. On October 16, 2024, Plaintiffs filed their Motion for Leave to File Third Amended Complaint *Instanter*. Dkt. 249. On November 19, 2024, the Court granted Plaintiffs' motion and ordered State Farm to file its response to the Third Amended Complaint by December 3, 2024. Dkt. 263.

7. Due to conflicting deadlines, Defendants' counsel requires additional time to prepare their response to the Third Amended Complaint, and hereby respectfully requests an extension of its current responsive pleading deadline from December 3, 2024 to January 6, 2025.

8. Specifically, the Parties are working under this case's concurrent deadline to complete Rule 30(b)(6) depositions by December 31, 2024. *See* Dkts. 252, 264.

9. During a November 19, 2024 status hearing, Magistrate Judge Weisman ordered the appropriate scope of these depositions (Dkt. 264), and the Parties are now engaged in the process of scheduling and preparing for them. Accordingly, the Court-ordered depositions will occur throughout December 2024.

10. The requested extension will not delay the case; interfere with the case schedule; or otherwise cause any prejudice. Counsel for the Parties have conferred and agree with the relief sought in this motion as there is good cause for an extension, as described.

11. This is State Farm's first request to extend this deadline.

WHEREFORE, State Farm respectfully requests that the Court extend the current deadline for State Farm to respond to Plaintiffs' Third Amended Complaint to January 6, 2025.

Dated: December 3, 2024               /s/ Amy C. Andrews

Amy C. Andrews
Joseph A. Cancila Jr.
Patricia Brown Holmes
Joseph A. Steadman
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, IL 60603

Michael A. Warner Jr.
FRANCZEK P.C.
300 S. Wacker Drive, Suite 3400
Chicago, IL 60606
*Counsel for State Farm Mutual Automobile Ins. Co., State Farm Life Ins. Co., State Farm Fire & Casualty Co., State Farm General Ins. Co., and State Farm Bank, F.S.B.*