IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALTON WILLIAMS, BRANDON HERNDON, MARKUS TOLSON, JEFFREY FLOWERS, BROOKE CLUSE, VVONAKA RICHARDSON, VERA DIXON and STANLEY CHAVIS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., STATE FARM LIFE INSURANCE CO., STATE FARM FIRE AND CASUALTY CO., STATE FARM GENERAL INSURANCE CO., and STATE FARM BANK, F.S.B.,<br><br>    Defendants. | Case No. 20-cv-01121<br><br>Honorable Lindsay C. Jenkins<br><br>Honorable M. David Weisman |

**UNOPPOSED MOTION FOR CONTINUATION OF TIME TO RESPOND**

  Plaintiffs, by and through their attorneys, respectfully submit this unopposed motion to continue the time to respond to the State Farm Defendants' Motion to Partially Dismiss Plaintiff Chavis' Claims Pursuant to Rules 12(b)(1) and 12(b)(6), or, in the Alternative, to Strike Pursuant to Rule 12(f) (Dkt. 271) from January 28, 2025 to February 27, 2025, and state the following in support:

  1.  On January 6, 2025, the State Farm Defendants filed their Motion to Partially Dismiss Plaintiff Chavis' Claims Pursuant to Rules 12(b)(1) and 12(b)(6), or, in the Alternative, to Strike Pursuant to Rule 12(f) (Dkt. 271).

  2.  Plaintiffs' response is due on January 28, 2025.

  3.  Plaintiffs have been working diligently on their response.

4.      However, due to discovery deadlines in this case, deadlines in other cases, and unforeseen personal circumstances, Plaintiffs require additional time for their response until February 27, 2025.

5.      Plaintiffs reached out to counsel for State Farm who stated that State Farm does not object to Plaintiffs' motion and requests that the Court set the deadline for its reply brief to March 14, 2025.

6.      The relief sought herein will not prejudice the Court or the parties or require adjustment of other deadlines in this case.

WHEREFORE, Plaintiffs respectfully request that the Court continue the time for Plaintiffs' response to February 27, 2025, and set the time for Defendants' reply to March 14, 2025.

Dated: January 27, 2025.

Respectfully submitted,

STOWELL & FRIEDMAN, LTD.

By: /s/ Lindsay Hagy

Linda D. Friedman
Suzanne E. Bish
George S. Robot
Lindsay Hagy
STOWELL & FRIEDMAN, LTD.
303 W. Madison St., Suite 2600
Chicago, IL 60606
(312) 431-0888
lfriedman@sfltd.com
sbish@sfltd.com
grobot@sfltd.com
lhagy@sfltd.com

Benjamin L. Crump (pro hac vice)
Nabeha Shaer (pro hac vice)
Sue-Ann Nicole Robinson (pro hac vice)
BEN CRUMP LAW, PLLC
122 S. Calhoun St.
Tallahassee, FL 32301
(800) 713-1222
court@bencrump.com

Justin L. Leinenweber
JUSTIN L. LEINENWEBER, PC
120 N. LaSalle Street, Suite 2000
Chicago, IL 60602
(312) 857-3405
justin@ilesq.com

*Attorneys for Plaintiffs and
the Putative Class*