IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALTON WILLIAMS, BRANDON HERNDON, MARKUS TOLSON, JEFFREY FLOWERS, BROOKE CLUSE, VVONAKA RICHARDSON, and VERA DIXON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., STATE FARM LIFE INSURANCE CO., STATE FARM FIRE AND CASUALTY CO., STATE FARM GENERAL INSURANCE CO., and STATE FARM BANK, F.S.B., <br><br> Defendants. | Case No. 20-cv-01121 <br><br> Honorable Lindsay C. Jenkins <br><br> Honorable M. David Weisman |

**PLAINTIFFS' REPORT REGARDING REMAINING REQUESTS FOR PRODUCTION**

Plaintiffs, by and through their attorneys, respectfully submit this report in accordance with the Court's Order dated November 12, 2025:

1. On November 12, 2025, this Court ordered Plaintiffs to "file … a list of the remaining requests it anticipates serving to complete their class certification discovery." (Dkt. 349.)

2. At this juncture, Plaintiffs do not anticipate serving any new requests for production before the end of this phase of discovery.

3. Pursuant to the Court's October 15, 2025 order (Dkt. 341), Plaintiffs prepared and served their fourth set of requests for production on Monday, October 20, 2025 (Dkt. 345-1). Plaintiffs carefully crafted these requests based on discovery to date in order to attain relevant

evidence for class certification in light of the December 17, 2025, Stage I discovery deadline. (*See* Dkt. 338.)

4. In the event that State Farm's productions reveal new, relevant discovery currently unknown to Plaintiffs, Plaintiffs reserve the right to submit targeted requests in accordance with this Court's instructions for "supplemental" requests. (Dkt. 282.)


Dated: November 18, 2025


Respectfully submitted,

**STOWELL & FRIEDMAN, LTD.**

By: */s/ Suzanne E. Bish*

Suzanne E. Bish

Linda D. Friedman
Suzanne E. Bish
George S. Robot
STOWELL & FRIEDMAN, LTD.
303 W. Madison St., Suite 2600
Chicago, IL 60606
(312) 431-0888
lfriedman@sfltd.com
sbish@sfltd.com
grobot@sfltd.com

Benjamin L. Crump (pro hac vice)
Nabeha Shaer (pro hac vice)
Sue-Ann Nicole Robinson (pro hac vice)
BEN CRUMP LAW, PLLC
122 S. Calhoun St.
Tallahassee, FL 32301
(800) 713-1222
court@bencrump.com

Justin L. Leinenweber
JUSTIN L. LEINENWEBER, PC
120 N. LaSalle Street, Suite 2000

Chicago, IL 60602
(312) 857-3405
justin@ilesq.com

*Attorneys for Plaintiffs and
the Putative Class*