Exhibit 1

| Rand Harbert, Kristyn Cook, Michael Tipsord, and John Farney Search Terms | | |
|---|---|---|
| RFP | Search Terms/Custodians | Reason for the Request |
| No. 4 | "Diverse Marketing" OR "Marketing D&I" OR "multicultural creative" OR "Multicultural marketing" OR "Multi-Cultural Marketing"<br><br>(Diversity OR DEI OR "D&I" OR BLACK OR URBAN OR MINORITY OR DIVERSE OR DISCRIMINATION OR RACIAL) W/10 (AGENT OR TERRITORY OR MARKET* OR TICA OR CUSTOMER) | Plaintiffs seek discussions regarding State Farm's marketing to or analysis of African American customers or markets, which Court indicated were relevant and could be probative, including how State Farm's may have steered Agents to certain territories. May 6, 2026, Hearing p. 40:1-6<br><br>The first search string yields only 1,455 documents and 2,903 with families.<br><br>Plaintiffs are willing to refine or eliminate the second string. |
| No. 6 | ("policy assign*" OR "Block Assignment*" OR "TASP" OR "Agent Placement" Model OR "Agent Placement Planning tool" OR TICA OR "Agent Opportunity" OR "TRP" OR "Corrective Action") w/10 study OR analy* OR report* OR present* OR strateg* OR goal* OR BDD OR "Business Decision Document" | Plaintiffs seek high-level discussions and corporate documents regarding the challenged practices, including block assignments, TICA, termination, and discipline for Agents.<br><br>The search yields 6,524 documents with 23,498 with families. If further discussions are ordered, Plaintiffs agree to reduce the connector to "w/3". |
| No. 8 | "Assignment Consideration Tool" OR "ACS Percent" OR "Assignment Consideration Score" OR "Agent Engagement Metric" OR "Block Assignment Considerations" OR "Block Assignment Strategies" OR "Customer Service Expectations" OR "Block Assignment Mapping"[3] | Plaintiffs seek high-level discussions regarding Block Assignments and the Assignment Consideration tool. This is designed to produce high level discussions of the practice consistent with this Court's November 20 Order. Dkt. 354<br><br>The search yields only 1,970 documents (7,701 including families) which Plaintiffs are willing to further adjust and limit. |
| No. 9 | ("TICA") AND ("BDD" OR "Business Decision Document")[4] | Plaintiffs seek further high-level discussion about ending the TICA program/contract.<br><br>The search term yields only 821 documents, 3,182 including families. |

| No. 11 | (("MOA" OR "3rd office" OR "Third Office") W/10 (study OR analy* OR report* OR present* OR strateg* OR goal* OR BDD)) | Plaintiffs seek high level discussions regarding Multi-Office Agents and Third Offices. Plaintiffs respectfully ask State Farm to continue discussion regarding the search term. |
|---|---|---|
| No. 16 | ("Agent Placement Model" OR "Local Market Context" OR "TICA expectation setting process" OR "TICA Evaluation" OR New Market Agent) AND study or analy* OR report* OR present* OR strateg* OR goal* OR BDD OR "Business Decision Document" | Plaintiffs seek high level discussions regarding the TICA program, including specific topics of how to create a new TICA market, New Market Agents (Agents who did not start with a book of business), and evaluation of TICAs for permanent contracts. State Farm refuses to discuss RFP No. 16 stating the Court has denied production.<br><br>This search group is reasonably targeted generating just 1,454 documents and 6,272 (including families) which Plaintiffs are willing to further adjust and limit. |
| No. 22 | Given the sensitive nature of the search terms, the parties wish to discuss this dispute with the Judge. | |